UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

In Re: Debtor(s) (name(s) and address)  )
Ryan J Wacyra  )
aka Ryan James Wacyra  )
xxx−xx−3844  ) Case Number: 25−20099−jra
9527 Forrest Dr  )
Highland, IN 46322  )
)
)
)
)
) Chapter: 13
)
)
)
)
)

## ORDER DIRECTING EMPLOYER TO MAKE DEDUCTIONS FROM DEBTOR−EMPLOYEE'S INCOME AND PAY TO TRUSTEE

A chapter 13 case has been filed by the above−named Debtor(s) and as a result thereof, all future earnings of the Debtor(s) are under the exclusive jurisdiction of this Court, pursuant to 28 U.S.C. §1334(e), and 11 U.S.C. §1306(a)(2). It further appears to the Court that the employer of the Debtor(s) is Crash Champions LLC ("Employer") whose address is ATTN: Payroll, 601 Oakmont Lane, Ste. 140, Westmont, IL 60559 . It is therefore,

**ORDERED,** pursuant to 11 U.S.C. §1325(c), that the Employer of the Debtor(s) immediately deduct from the next paycheck of the Debtor(s): Ryan J Wacyra the sum of $ 727.00 , and a like amount thereafter each weekly pay period thereafter including any period for which the Debtor(s) receive(s) periodic, or lump sum payment for vacation, termination, or other benefits arising out of the past or present employment of the Debtor(s), and forward the amounts deducted to the Chapter 13 Trustee until further order of this Court. The Chapter 13 Trustee's name and mailing address are as follows:

Office of the Standing Trustee, 1770 Momentum Place, Chicago, IL 60689−5317

It is further,

**ORDERED,** pursuant to 11 U.S.C. §362(a), that the EMPLOYER SHALL CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, OR CREDIT UNIONS unless specifically authorized by this Court, or until this Order is modified or vacated; provided, however, deductions for any amounts required to be withheld by any laws of the United States, the laws of any state or political subdivision, pursuant to any insurance, pension, or union dues agreement between the Debtor(s) and the Employer, and for any future child support may continue in accordance with the Employer's usual payroll procedure. It is further,

**ORDERED** that if the employment of the Debtor(s) is (are) terminated during the term of the Plan, the Chapter 13 Trustee should be so advised by the EMPLOYER.

Because of a privacy related amendment to Federal Rule of Bankruptcy Procedure 1005 which became effective on December 1, 2003, the Court cannot provide the full social security number of the debtor. For further information, the employer may contact the debtor/employee.

Dated: January 29, 2025 .

BY THE COURT

James R. Ahler
_____
Judge, United States Bankruptcy Court

Document No. 15

WE−40
Rev. 02/27/07