# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−2 | User: admin | Date Created: 1/29/2025 |
| Case: 25−20099−jra | Form ID: 334 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Ryan J Wacyra        9527 Forrest Dr        Highland, IN 46322

        Crash Champions LLC        ATTN: Payroll        601 Oakmont Lane        Ste. 140        Westmont, IL 60559

                                                                                TOTAL: 2