## IN THE UNITED STATES BANKRUPTCY COURT
## HAMMOND DIVISION
## NORTHERN DISTRICT OF INDIANA

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| Ryan J Wacyra | ) | Case No: | 25-20099 |
| | ) | Judge: | James R. Ahler |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |

## NOTICE OF AMENDMENT

  Comes Now, Ryan J Wacyra ("Debtor") by counsel, Geraci Law LLC, and gives notice of amendment to schedule F to add St Mary's Open MRI&CT, Debtor pre-petition debt that was inadvertently omitted from Debtor's original filed petition.

  WHEREFORE, Debtor requests the court to approve the said amendment and for all other relief in the premises.

Dated: 2/3/2025        **/s/ Lavita Ball**
             Lavita Ball
             Geraci Law LLC
             55 E. Monroe, Suite 3400
             Chicago, IL 60603

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Notice of Amendment, with amended schedules was sent by ordinary United States mail, postage prepaid or by electronic service, on the 2/3/2025 to the following interested parties:

Debtor, Mr. Ryan Wacyra, 9527 Forrest Dr, Highland, IN 46322
Paul Chael, 401 West 84th Drive, Suite C, Merrillville, IN, 46410

United States Trustee, One Michiana Square, 100 East Wayne Street Room 555, South Bend, IN 46601.

/s/ Lavita Ball
Lavita Ball

Bank Of America, N.A.
Attn: Bankruptcy Dept.
775 Corporate Woods Parkway
Vernon Hills,IL 60061

Jessica Renae Kolanowski
775 Corporate Woods Parkway
Case no.        45D04-2402-CC-001040
Vernon Hills,IL 60061

Lake County Superior Court
2293 N. Main Street
Case no.        45D04-2402-CC-001040
Crown Point,IN 46307

Porter Hospital, LLC DBA Northwest Health-Porter
Attn: Bankruptcy Dept.
C/O KOMYATTE & CASBON, PC
9650 GORDON DRIVE
HIGHLAND,IN 46322

Robert William Smith
9650 Gordon Drive
Case no.        45D09-2412-SC-006552
Highland,IN 46322

Lake County Superior Court
2293 N. Main Street
Case no.        45D09-2412-SC-006552
Crown Point,IN 46307

Bank of America
Attn: Bankruptcy Dept.
PO BOX 982238
EL PASO,TX 79998

Blitt & Gaines
Bankruptcy Dept.
775 Corporate Wood Parkway
Reference # 22049207
Vernon Hills,IL 60061

Syncb/Lowes
Attn: Bankruptcy Dept.
PO BOX 965005
ORLANDO,FL 32896

Syncb/Ppc
Attn: Bankruptcy Dept.
PO BOX 530975

ORLANDO,FL 32896

Syncb/Amazon
Attn: Bankruptcy Dept.
PO BOX 71727
PHILADELPHIA,PA 19176

Ally Financial
Attn: Bankruptcy Dept.
200 RENAISSANCE CTR # B0
DETROIT,MI 48243

Tbom/Milestone
Attn: Bankruptcy Dept.
PO BOX 4499
BEAVERTON,OR 97076

Feb Destiny/Cci
Attn: Bankruptcy Dept.
14600 NW GREENBRIER PKWY
BEAVERTON,OR 97006

Syncb/Care Credit
Attn: Bankruptcy Dept.
950 FORRER BLVD
KETTERING,OH 45420

Mission Lane Tab Bank
Attn: Bankruptcy Dept.
1504 BELLEVILLE ST
RICHMOND,VA 23230

Credit One Bank Na
Attn: Bankruptcy Dept.
PO BOX 98875
LAS VEGAS,NV 89193

First Midwest Bank
Bankruptcy Dept
1100 N Main St
Crown Point,IN 46307

Webbank/Onemain/Fis
Attn: Bankruptcy Dept.
PO BOX 31535TA-74
TAMPA,FL 33631

Jpmcb Card
Attn: Bankruptcy Dept.
PO BOX 15369

```
WILMINGTON,DE 19850

Roadrunner Account Ser
Attn: Bankruptcy Dept.
PO BOX 167888
IRVING,TX 75016

Best Egg
Attn: Bankruptcy Dept.
3419 SILVERSIDE RD
WILMINGTON,DE 19810

Upgrade Inc
Attn: Bankruptcy Dept.
275 BATTERY ST FL 23
SAN FRANCISCO,CA 94111

Upgrade Inc
Attn: Bankruptcy Dept.
275 BATTERY ST FL 23
SAN FRANCISCO,CA 94111

Empower Finance/Finwis
Attn: Bankruptcy Dept.
660 YORK ST STE 102
SAN FRANCISCO,CA 94110

Brigit/Coastal Communi
Attn: Bankruptcy Dept.
5415 EVERGREEN WAY
EVERETT,WA 98203

Cap1/Mnrds
Attn: Bankruptcy Dept.
PO BOX 31293
SALT LAKE CITY,UT 84131

Merrick Bank Corp
Attn: Bankruptcy Dept.
PO BOX 9201
OLD BETHPAGE,NY 11804

Upstart Network Inc.
Attn: Bankruptcy Dept.
2950 S DELAWARE ST STE 3
SAN MATEO,CA 94403

Transunion
Attn: Bankruptcy Dept.
Po Box 1000
```

Chester,Pa 19022

Experian
Attn: Bankruptcy Dept.
Po Box 2002
Allen,Tx 75013

Equifax
Attn: Bankruptcy Dept.
1550 Peachtree St. Ne
Atlanta,Ga 30309

Porter Hospital
Bankruptcy Dept
85 E US Highway 6
Valparaiso,IN 46383

Blitt and Gaines, PC
Bankruptcy Department
775 Corporate Woods Parkway
Vernon Hills,IL 60061

Thrive FCU
Bankruptcy Dept
4501 S Delaware Dr
Muncie,IN 47302

Whatnot Inc
Attn: Bankruptcy Dept
578 Washinton Blvd
#1019
Marina Del Rey,CA 90292

Klarna
Bankruptcy Dept.
629 N High St Fl 3
Columbus,OH 43215

Amazon.com
Bankruptcy Dept
202 Westlake Ave N Ste 2
Seattle,WA 98109

Klarna
Bankruptcy Dept.
629 N High St Fl 3
Columbus,OH 43215

Northwest Health - Porter
Bankruptcy Dept

85 E US Hwy 6
Valparaiso,IN 46383

Professional Account Services
Bankruptcy Dept.
PO Box 188
Acct # 8345973-1376
Brentwood,TN 37024

Affirm, Inc
Bankruptcy Dept
650 California St Fl 12
Loan # DVB5-W0FU & 07XU-M81F
San Francisco,CA 94108

Affirm, Inc
Bankruptcy Dept
650 California St Fl 12
Loan # AR65-7BLB & XND8-X9XJ
San Francisco,CA 94108

Affirm, Inc
Bankruptcy Dept
650 California St Fl 12
Loan # O483-FBY2 & IUFC-08CF
San Francisco,CA 94108

Affirm, Inc
Bankruptcy Dept
650 California St Fl 12
LOAN # AYT7-MIL4
San Francisco,CA 94108

Affirm, Inc
Bankruptcy Dept
650 California St Fl 12
LOAN # TA3Y-KYK6
San Francisco,CA 94108

St. Mary's open MRI&CT
Bankruptcy Dept
8149 Kennedy Ave, Suite A
Highland, IN 46322

**Fill in this information to identify your case:**

| Debtor 1 | Ryan | J | Wacyra |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : ___NORTHERN___ District of ___INDIANA___
(State)

Case Number 25-20099
(If known)

[x] Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with **PRIORITY** claims and Part 2 for creditors with **NONPRIORITY** claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* **(Official Form 106A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G)**. Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ■ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | |
|---|---|
| **Total claim** | |

**4.1** Affirm, Inc

Creditor's Name

650 California St Fl 12

Number    Street

LOAN # TA3Y-KYK6

San Francisco                CA    94108
City                                 State  Zip Code

**Total claim**
$ 104.00

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred?        _____

**As of the date you file, the claim is :** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Type of NONPRIORITY unsecured claim :**
☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Extended to Debtor(s)

Debtor 1    Ryan    J    Wacyra
_____First Name_____   ___Middle Name___   ____Last Name____

Case Number *(if known)* 25-20099

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.       **Total Claim**

---

**4.2**   Affirm, Inc
_____
Creditor's Name

650 California St Fl 12
_____
Number        Street

Loan # O483-FBY2 & IUFC-08CF
_____

San Francisco        CA   94108
_____
City              State  Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is :** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Extended to Debtor(s)

$ 225.00

---

**4.3**   Affirm, Inc
_____
Creditor's Name

650 California St Fl 12
_____
Number        Street

Loan # AR65-7BLB & XND8-X9XJ
_____

San Francisco        CA   94108
_____
City              State  Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is :** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Extended to Debtor(s)

$ 490.00

---

**4.4**   Affirm, Inc
_____
Creditor's Name

650 California St Fl 12
_____
Number        Street

LOAN # AYT7-MIL4
_____

San Francisco        CA   94108
_____
City              State  Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is :** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Extended to Debtor(s)

$ 541.00

---

Debtor 1  __Ryan_____ __J_____ __Wacyra_____       Case Number *(if known)* __25-20099_____
          First Name          Middle Name   Last Name                     

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                        **Total Claim**

---

**4.5** | Affirm, Inc | | $ 578.00
Creditor's Name

650 California St Fl 12
Number      Street

Loan # DVB5-W0FU & 07XU-M81F

San Francisco        CA  94108
City                 State  Zip Code

Last 4 digits of account number ____ ____ ____ ____

**When was the debt incurred?** _____

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Extended to Debtor(s)

---

**4.6** | Amazon.com | | $ 222.00
Creditor's Name

202 Westlake Ave N Ste 2
Number      Street

Seattle              WA  98109
City                 State  Zip Code

Last 4 digits of account number 3844 ____ ____ ____

**When was the debt incurred?** _____

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Extended to Debtor(s)

---

**4.7** | Bank of America | | $ 8,132.00
Creditor's Name

PO BOX 982238
Number      Street

EL PASO              TX  79998
City                 State  Zip Code

Last 4 digits of account number 3035 ____ ____ ____

**When was the debt incurred?** 2017-2022

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card or Credit Use

---

Debtor 1   Ryan _____ J _____ Wacyra _____    Case Number *(if known)* 25-20099 _____
    First Name            Middle Name           Last Name

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total Claim |
|---|---|

**4.8**   Best Egg
Creditor's Name
3419 SILVERSIDE RD
Number     Street

WILMINGTON     DE   19810
City       State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  8029 ___ ___ ___    $ 1,962.00

When was the debt incurred?  2024-2024 ___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Personal Loan

---

**4.9**   Blitt and Gaines, PC
Creditor's Name
775 Corporate Woods Parkway
Number     Street

Vernon Hills     IL   60061
City       State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___    $ 0.00

When was the debt incurred?  ___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Collecting for Creditor

---

**4.10**   Brigit/Coastal Communi
Creditor's Name
5415 EVERGREEN WAY
Number     Street

EVERETT     WA   98203
City       State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  634l ___ ___ ___    $ 500.00

When was the debt incurred?  2024-2024 ___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Personal Loan

---

Debtor 1   Ryan            J            Wacyra
           First Name      Middle Name  Last Name

Case Number *(if known)* 25-20099

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total Claim |
|---|---|

### 4.11

**Cap1/Mnrds**
Creditor's Name

**PO BOX 31293**
Number     Street

**SALT LAKE CITY       UT   84131**
City                   State Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  **3844** ___ ___ ___

When was the debt incurred?  **2020-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Credit Card or Credit Use**

**$ 3,020.00**

### 4.12

**Credit One Bank Na**
Creditor's Name

**PO BOX 98875**
Number     Street

**LAS VEGAS            NV   89193**
City                   State Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  **3844** ___ ___ ___

When was the debt incurred?  **2022-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Credit Card or Credit Use**

**$ 635.00**

### 4.13

**Empower Finance/Finwis**
Creditor's Name

**660 YORK ST STE 102**
Number     Street

**SAN FRANCISCO        CA   94110**
City                   State Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  **3844** ___ ___ ___

When was the debt incurred?  **2024-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Credit Card or Credit Use**

**$ 194.00**

Debtor 1    Ryan _____ J _____ Wacyra _____    Case Number *(if known)* 25-20099
           First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        Total Claim

---

**4.14**    Equifax
           Creditor's Name
           1550 Peachtree St. Ne
           Number        Street

           Atlanta _____ Ga   30309
           City        State    Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___        $ 0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Notice Only

---

**4.15**    Experian
           Creditor's Name
           Po Box 2002
           Number        Street

           Allen _____ Tx   75013
           City        State    Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___        $ 0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Notice Only

---

**4.16**    Feb Destiny/Cci
           Creditor's Name
           14600 NW GREENBRIER PKWY
           Number        Street

           BEAVERTON _____ OR   97006
           City        State    Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___        $ 347.00

**When was the debt incurred?** 2022-2024

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card or Credit Use

---

Debtor 1   Ryan _____ J _____ Wacyra _____     Case Number *(if known)* 25-20099 _____
      First Name            Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total Claim** |
|---|---|

**4.17**  Jpmcb Card
Creditor's Name
PO BOX 15369
Number        Street

WILMINGTON       DE   19850
City                    State   Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___

When was the debt incurred?  2021-2024

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card or Credit Use

$ 5,447.00

**4.18**  Merrick Bank Corp
Creditor's Name
PO BOX 9201
Number        Street

OLD BETHPAGE       NY   11804
City                    State   Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___

When was the debt incurred?  2022-2024

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card or Credit Use

$ 602.00

**4.19**  Mission Lane Tab Bank
Creditor's Name
1504 BELLEVILLE ST
Number        Street

RICHMOND       VA   23230
City                    State   Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___

When was the debt incurred?  2022-2024

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card or Credit Use

$ 894.00

Debtor 1  Ryan _____ J _____ Wacyra _____        Case Number *(if known)* 25-20099 _____
          First Name        Middle Name    Last Name                    Case Number

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total Claim**

---

**4.20** | Northwest Health - Porter
Creditor's Name
85 E US Hwy 6
Number          Street

Valparaiso          IN      46383
City                State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  2022

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim :**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Debt

$ 2,235.00

---

**4.21** | Porter Hospital
Creditor's Name
85 E US Highway 6
Number          Street

Valparaiso          IN      46383
City                State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___

When was the debt incurred?  _____

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim :**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Debt

$ 2,300.00

---

**4.22** | Porter Hospital, LLC DBA Northwest Health
Creditor's Name
C/O KOMYATTE & CASBON, PC
Number          Street
9650 GORDON DRIVE

HIGHLAND          IN      46322
City                State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___

When was the debt incurred?  241218

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim :**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Lawsuit Pending

$ 4,825.00

---

Debtor 1 ___Ryan_____ ___J_____ ___Wacyra_____    Case Number *(if known)* __25-20099_____

First Name                Middle Name                Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total Claim**

---

**4.23**  St.Mary's Open MRI&CT

Creditor's Name

8149 Kennedy Ave, Suite A

Number          Street

Hammond                    IN    46322

City                        State    Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offest?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $ 552.59

When was the debt incurred?    _____

**As of the date you file, the claim is :** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Debt Owed

---

**4.24**  Syncb/Amazon

Creditor's Name

PO BOX 71727

Number          Street

PHILADELPHIA              PA    19176

City                        State    Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offest?**
☑ No
☐ Yes

Last 4 digits of account number 3844 ___ ___ ___    $ 1,794.00

When was the debt incurred?  2021-2023

**As of the date you file, the claim is :** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card or Credit Use

---

**4.25**  Syncb/Care Credit

Creditor's Name

950 FORRER BLVD

Number          Street

KETTERING                  OH    45420

City                        State    Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offest?**
☑ No
☐ Yes

Last 4 digits of account number 3844 ___ ___ ___    $ 896.00

When was the debt incurred?  2021-2024

**As of the date you file, the claim is :** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card or Credit Use

---

Debtor 1    Ryan _____ J _____ Wacyra _____          Case Number *(if known)* 25-20099 _____
       First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total Claim** |
|---|---|

---

**4.26**   Syncb/Lowes
Creditor's Name
PO BOX 965005
Number   Street

$ 3,025.00

Last 4 digits of account number  3844 ___ ___ ___

When was the debt incurred?  2021-2024

ORLANDO    FL   32896
City     State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card or Credit Use

---

**4.27**   Syncb/Ppc
Creditor's Name
PO BOX 530975
Number   Street

$ 4,608.00

Last 4 digits of account number  3844 ___ ___ ___

When was the debt incurred?  2018-2023

ORLANDO    FL   32896
City     State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card or Credit Use

---

**4.28**   Tbom/Milestone
Creditor's Name
PO BOX 4499
Number   Street

$ 400.00

Last 4 digits of account number  3844 ___ ___ ___

When was the debt incurred?  2022-2024

BEAVERTON    OR   97076
City     State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card or Credit Use

---

Debtor 1   Ryan                    J              Wacyra                          Case Number *(if known)* 25-20099
         First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total Claim**

---

**4.29**   Thrive FCU

Creditor's Name

4501 S Delaware Dr

Number        Street

Muncie                    IN    47302

City                      State  Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3844 ___ ___ ___        $ 403.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card or Credit Use

---

**4.30**   Transunion

Creditor's Name

Po Box 1000

Number        Street

Chester                   Pa    19022

City                      State  Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3844 ___ ___ ___        $ 0.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Notice Only

---

**4.31**   Upgrade Inc

Creditor's Name

275 BATTERY ST FL 23

Number        Street

SAN FRANCISCO             CA    94111

City                      State  Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0987 ___ ___ ___        $ 1,731.00

**When was the debt incurred?**    2024-2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Personal Loan

---

Debtor 1  Ryan _____ J _____ Wacyra _____    Case Number *(if known)* 25-20099 _____
    First Name            Middle Name            Last Name

**Part 2:**   **Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total Claim** |
|---|---|

---

**4.32**    Upgrade Inc
Creditor's Name

275 BATTERY ST FL 23
Number      Street

SAN FRANCISCO     CA   94111
City          State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___     $ 771.00

When was the debt incurred?  2023-2024

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim :**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card or Credit Use

---

**4.33**    Upstart Network Inc.
Creditor's Name

2950 S DELAWARE ST STE 3
Number      Street

SAN MATEO     CA   94403
City          State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  1574 ___ ___ ___     $ 888.00

When was the debt incurred?  2023-2024

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim :**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Personal Loan

---

**4.34**    Webbank/Onemain/Fis
Creditor's Name

PO BOX 31535TA-74
Number      Street

TAMPA     FL   33631
City          State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  3844 ___ ___ ___     $ 459.00

When was the debt incurred?  2024-2024

**As of the date you file, the claim is :** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim :**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card or Credit Use

---

Debtor 1   Ryan                 J                Wacyra

First Name         Middle Name          Last Name

Case Number (if known) 25-20099

| 4.35 | Whatnot Inc |
|---|---|

Creditor's Name

578 Washinton Blvd

Number     Street

#1019

Marina Del Rey          CA   90292

City                State   Zip Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offest?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3844 ___ ___ ___      $ 221.00

**When was the debt incurred?**       _____

**As of the date you file, the claim is :** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim :**

- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Credit Card or Credit Use

Debtor 1    Ryan _____ J _____ Wacyra _____    Case Number *(if known)* 25-20099
       First Name        Middle Name       Last Name

### Part 3:    List Others to Be Notified for a Debt That You Already Listed

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Klarna, Bankruptcy Dept.
Name
629 N High St Fl 3

Number        Street

Columbus                                    OH  43215
City                                 State  Zip Code

**On which entry in Part 1 or Part 2 list the original creditor?**

Line __2__ of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 3844 ___ ___ ___

---

Blitt & Gaines, Bankruptcy Dept.
Name
775 Corporate Wood Parkway

Number        Street
Reference # 22049207

Vernon Hills                                 IL  60061
City                                 State  Zip Code

**On which entry in Part 1 or Part 2 list the original creditor?**

Line __3__ of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 3035 ___ ___ ___

---

Professional Account Services, Bankruptcy Dept.
Name
PO Box 188

Number        Street
Acct # 8345973-1376

Brentwood                                    TN  37024
City                                 State  Zip Code

**On which entry in Part 1 or Part 2 list the original creditor?**

Line __14__ of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Robert William Smith
Name
9650 Gordon Drive

Number        Street
Case no. 45D09-2412-SC-006552

Highland                                     IN  46322
City                                 State  Zip Code

**On which entry in Part 1 or Part 2 list the original creditor?**

Line __16__ of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 3844 ___ ___ ___

---

Lake County Superior Court
Name
2293 N. Main Street

Number        Street
Case no. 45D09-2412-SC-006552

Crown Point                                  IN  46307
City                                 State  Zip Code

**On which entry in Part 1 or Part 2 list the original creditor?**

Line __16__ of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 3844 ___ ___ ___

---

Klarna, Bankruptcy Dept.
Name
629 N High St Fl 3

Number        Street

Columbus                                    OH  43215
City                                 State  Zip Code

**On which entry in Part 1 or Part 2 list the original creditor?**

Line __28__ of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 3844 ___ ___ ___

---

Debtor 1    Ryan        J        Wacyra                    Case Number *(if known)* 25-20099

First Name        Middle Name        Last Name

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
    **Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and Certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 49,001.59 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 49,001.59 |

**Fill in this information to identify your case:**

Debtor 1    Ryan                    J                      Wacyra
            First Name              Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name            Last Name

United States Bankruptcy Court for the:    Northern District of Indiana

Case number    25-20099
(If known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____          ✗ _____

Signature of Ryan J Wacyra
IP Address: XXX.XX.XXX.193

Date   02/03/2025                                    Date _____
      MM / DD / YYYY                                      MM / DD / YYYY