## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Ryan J Wacyra<br>aka Ryan James Wacyra<br>xxx–xx–3844<br>9527 Forrest Dr<br>Highland, IN 46322 | ) Case Number: 25–20099–jra<br>) Chapter: 13 |

## NOTICE TO ADDITIONAL CREDITORS

An order for relief under chapter 13 of the Bankruptcy Code was entered on a petition filed by the above–captioned debtor(s) on January 22, 2025, and an amendment to the schedules listing additional creditors was filed on February 3, 2025.

NOTICE IS HEREBY GIVEN THAT:

1. The § 341 meeting of creditors was set for February 20, 2025, at 1:30 PM via Zoom Meeting with Trustee Chael. Meeting ID 670 326 4606, Passcode 2333078827, Phone 219–281–3889.

2. The last day for filing a complaint to determine dischargeability of debts pursuant to 11 U.S.C. § 523(c) is April 21, 2025. *If the date passed before the date of this Notice, your right to have a debt excepted from discharge may be preserved under 11 U.S.C § 523(a)(3).*

3. The last day for filing claims for creditors other than governmental units is April 2, 2025; for governmental units: July 21, 2025. Claims must be filed with the Clerk, U.S. Bankruptcy Court, 5400 Federal Plaza, Hammond, Indiana, 46320, IN DUPLICATE on Official Form No. 410.

4. In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property as provided in 11 U.S.C. § 362(a).

Dated: February 4, 2025

Amber E. Craig
_____
Clerk, United States Bankruptcy Court

Document No. 21