# Notice Recipients

District/Off: 0755−2      User: admin      Date Created: 2/4/2025
Case: 25−20099−jra      Form ID: 329      Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ryan J Wacyra      9527 Forrest Dr      Highland, IN 46322
15974686      St. Mary's open MRI&CT      Bankruptcy Dept      8149 Kennedy Ave, Suite A      Highland, IN 46322

                                                                                                                                          TOTAL: 2