# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Ryan J Wacyra<br>aka Ryan James Wacyra<br>xxx–xx–3844<br>9527 Forrest Dr<br>Highland, IN 46322 | )<br>)<br>)<br>) Case Number: 25–20099–jra<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>)<br>) |

## ORDER AND NOTICE SCHEDULING HEARING ON CONFIRMATION OF CHAPTER 13 PLAN AND FIXING TIME TO OBJECT THERETO

On January 22, 2025 , the Debtor(s) filed a Chapter 13 Plan, and the Trustee has filed his Notice of Conclusion of §341(a) Meeting of Creditors and Motion to Set Confirmation Hearing.

IT IS ORDERED AND NOTICE HEREBY IS GIVEN THAT:

The hearing on confirmation of the Chapter 13 Plan of the Debtor(s) is hereby scheduled for March 31, 2025, at 11:30 AM (local Court time) in Courtroom 8, Hammond Federal Building, 5400 Federal Plaza, Hammond, Indiana. Any party desiring to participate telephonically in the hearing should call (571) 353–2301 and use Access Code 018194371. Unless otherwise ordered by the Court, this hearing will be the only confirmation hearing of which creditors and parties–in–interest will be provided notice. Upon resolution of matters which may preclude confirmation of the plan at the hearing, the Court may enter an order confirming the plan without further notice or hearing.

**OBJECTIONS TO THE CONFIRMATION OF THE PLAN OF THE DEBTOR(S), IF ANY, MUST BE FILED IN WRITING ON OR BEFORE March 17, 2025 , WITH THE CLERK, UNITED STATES BANKRUPTCY COURT, AND SERVED UPON THE DEBTOR(S), ATTORNEY FOR THE DEBTOR(S) AND THE CHAPTER 13 TRUSTEE.** Any objection to confirmation shall contain a short, plain statement concerning the factual or legal basis for the objection, or any such objection may be overruled without a hearing. See N.D.Ind.L.B.R. B–9014–1(a).

Not later than twenty–one (21) days prior to the last day fixed for filing objections to confirmation as set out above, the Chapter 13 Trustee shall serve a copy of this Order and Notice, together with a copy of the Plan, upon all the entities listed on the Creditor Matrix in this case as of the date of this Order pursuant to Fed.R.Bankr.P. 3015(d) and Fed.R.Bankr.P. 2002(b), and promptly thereafter file proof of service thereof with the Court. A list of all creditors and parties in interest and their addresses is available though PACER. If any creditor or party in interest is entitled to service of the plan in the manner provided by Rule 7004, see e.g., Fed. R. Bankr. P. Rules 3012(b); 4003(d); 7004, it shall be the debtor(s)' responsibility to serve the plan in the required manner and make due proof thereof.

**PLEASE NOTE THAT IF THERE ARE NO OBJECTIONS TO THE PLAN OR OBJECTIONS HAVE BEEN WITHDRAWN, OR RESOLVED BY A FILED STIPULATION, PRIOR TO THE CONFIRMATION HEARING, THE DEBTOR(S) AND COUNSEL FOR THE DEBTOR(S) NEED NOT ATTEND THE CONFIRMATION HEARING; ONLY THE TRUSTEE'S ATTENDANCE IS REQUIRED.** THE DEBTOR(S) NEED NOT APPEAR AT THE CONFIRMATION HEARING UNLESS THE COURT HAS SPECIFICALLY ORDERED SUCH ATTENDANCE.

    **The Court deems 11 U.S.C. §526(c)(1) to provide that the Court cannot award compensation pursuant to the terms of an agreement between the Debtor(s) and counsel for the Debtor(s) unless that attorney has complied with 11 U.S.C. §528(a)(1) and (2) with respect to an "assisted person" as defined by 11 U.S.C. §101(3). If the Debtor(s) is an "assisted person", in order for the court to award any compensation to the counsel for the Debtor(s) in conjunction with confirmation of the plan, including compensation to be awarded in an order of confirmation, not later than 7 days in advance of the first scheduled confirmation hearing any attorney seeking compensation must file with the Court a Statement of Compliance which affirms that counsel has provided the Debtor(s) with a copy of the fully executed and completed contract required by 11 U.S.C. §528(a)(1), to which is attached a copy of the contract so provided. If the Debtor(s) is not an "assisted person", not later than 7 days in advance of the first scheduled confirmation hearing any attorney seeking compensation must file with the Court either (1) a Statement which clearly establishes the grounds upon which is based counsel's contention that the Debtor(s) is not an "assisted person", or (2) a Statement of Compliance, to which is attached a copy of the written contract between the Debtor(s) and counsel, if one was utilized. If the required Statement is not timely filed, the Court will not provide for compensation of the counsel for the Debtor(s) in the confirmation order. The required Statement may be filed at the inception of the case.**

    Due to the requirements of 11 U.S.C. § 1324(b), the confirmation hearing will not be continued based upon a party's motion.

Dated: February 20, 2025

 

    James R. Ahler
    _____
    Judge, United States Bankruptcy Court

Document No. 24 – 7