# Notice Recipients

District/Off: 0755–2                   User: admin                    Date Created: 2/20/2025
Case: 25–20099–jra                     Form ID: 498                   Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ryan J Wacyra        9527 Forrest Dr       Highland, IN 46322

                                                                    TOTAL: 1